■ In the Matter of RICHARD DENNIS SILVERBLATT (Admitted as RICHARD D. SILVERBLATT), a Disbarred Attorney. [614 NYS2d 97] —Motion to confirm the Hearing Panel's report and deny petitioner's application for reinstatement is granted, the Hearing Panel's report recommending denial of petitioner's application for reinstatement is confirmed, and petitioner's cross motion seeking an order, *inter alia,* disaffirming the Hearing Panel's report is denied in all respects. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Ellerin and Kupferman, JJ.